Submitted November 1, reversed December 4, 2019

In the Matter of R. C.,
a Person Alleged to have Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

R. C.,
*Appellant.*

Multnomah County Circuit Court
19CC02963; A171414

453 P3d 635

Monica M. Herranz, Judge pro tempore.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Patricia G. Rincon, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

The trial court committed appellant to the custody of the Mental Health Division for a period not to exceed 180 days and entered an order prohibiting appellant from purchasing or possessing firearms after determining that she was a danger to others. ORS 426.005(1)(f)(A). Appellant contends that the record does not contain clear and convincing evidence to support the trial court's conclusion that she is a danger to others. The state concedes that the record is legally insufficient in that regard and that the judgment of commitment should be reversed. We agree, accept the state's concession, and reverse the commitment judgment and the order prohibiting the purchase or possession of firearms.

Reversed.